UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

In re:
Marrone, Dina Margaret

Case No.: 22-11364 JNP
Chapter 7
Judge: Jerrold N. Poslusny Jr.

## NOTICE OF PROPOSED ABANDONMENT

On March 29, 2022, Andrew Finberg, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the clerk:   US Bankruptcy Court
                        District of New Jersey
                        PO Box 2067
                        Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable JERROLD N. POSLUSNY JR. on April 26, 2022 at 11:00a.m. at the United States Bankruptcy Court, 400 Cooper Street, Camden, NJ, Courtroom no.4C. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description | Value of Property | Liens on Property | Amount of Equity Claimed as Exempt |
|---|---|---|---|
| 4335 Marlyn Ave, Newfield, NJ 08344-9025, Cumberland County County | $160,000.00 | $148,115.05 | $11,884.95 |

Objections must be served on, and requests for additional information directed to:

NAME:            Andrew Finberg, Chapter 7 Trustee

ADDRESS:         525 Route 73 South, Suite 200, Marlton, NJ 08053

TELEPHONE NO:    (856) 988-9055

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-11364-JNP |
| Dina Margaret Marrone | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 31, 2022 | Form ID: pdf905 | Total Noticed: 6 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Dina Margaret Marrone, 4335 Marlyn Ave., Newfield, NJ 08344-9025 |
| 519512886 | + | Bank of America, 100 North Tryon St., Charlotte, NC 28255-0001 |
| 519512887 | + | Movement Mortgage, LLC, 9726 Old Bailes Rd, Ste 200, Fort Mill, SC 29707-7882 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 31 2022 20:31:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 31 2022 20:31:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519512888 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 31 2022 20:30:00 | PNC Bank, P. O. 3180, Pittsburgh, PA 15230 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 02, 2022      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Finberg | |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 31, 2022 | Form ID: pdf905 | Total Noticed: 6 |

Andrew Finberg
    on behalf of Trustee Andrew Finberg trustee@sjbankruptcylaw.com J117@ecfcbis.com;jaimie@sjbankruptcylaw.com

    trustee@sjbankruptcylaw.com J117@ecfcbis.com;jaimie@sjbankruptcylaw.com

Denise E. Carlon
    on behalf of Creditor Movement Mortgage LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

Victor Druziako
    on behalf of Debtor Dina Margaret Marrone bkdruziako@aol.com

TOTAL: 5