Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 22–11364–JNP
Chapter: 7
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Dina Margaret Marrone
  aka Dina M. Marrone
  4335 Marlyn Ave.
  Newfield, NJ 08344–9025

Social Security No.:
  xxx–xx–1622

Employer's Tax I.D. No.:

---

## CERTIFICATION OF NO OBJECTION

     I  Priscilla Romero , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

4335 Marlyn Avenue, Newfield, NJ


Dated: April 20, 2022
JAN:

                                                                    Jeanne Naughton
                                                                    Clerk