Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                                 Case No.:  22–11364–JNP
                                 Chapter:  7
                                 Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dina Margaret Marrone
   aka Dina M. Marrone
   4335 Marlyn Ave.
   Newfield, NJ 08344–9025

Social Security No.:
   xxx–xx–1622

Employer's Tax I.D. No.:

## FINAL DECREE

   The estate of the above named debtor(s) has been fully administered.

   If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

   ORDERED that Andrew Finberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>June 2, 2022</u>                <u>Jerrold N. Poslusny Jr.</u>
                                          Judge, United States Bankruptcy Court